

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENNETH K. SWEARINGEN-EL )
)
Plaintiff, )
) Case No. 05 C 1493
vs. )
)
COOK COUNTY SHERIFF'S )
DEPARTMENT, MICHAEL F. SHEAHAN, )
In his individual and official capacity as ) Honorable Judge Elaine Bucklo
Sheriff of Cook County, Illinois )
CALLIE BAIRD, in her individual capacity, )
KATIE HARRISON, in her individual )
capacity, SCOTT KURTOVICH, in his )
individual capacity, the COUNTY OF COOK, )
a unit of local Government, )
)
Defendants. )

**FILED**

**AUG 2 4 2005**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>DEFENDANTS' MOTION TO DISMISS</u>

    NOW COME Defendants, the Cook County Sheriff's Department, Michael F. Sheahan,

in his official and individual capacities, Katie Harrison, in her individual capacity, Callie Baird

in her individual capacity, and Scott Kurtovich, in his individual capacity, through their attorney

RICHARD A. DEVINE by and through his assistants, Mary Farmar and John Curran and

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Honorable Court for

dismissal of Plaintiff's Complaint. Defendants have attached a memorandum of law in support

of their Motion to Dismiss.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:

Mary Farmar
John Curran
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5668

2