## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Kenneth K Swearnigen–El
                              Plaintiff,

v.                                           Case No.: 1:05–cv–01493
                                              Honorable Elaine E. Bucklo

Cook County Sheriff's Department, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' motion (206) for summary judgment on all claims is granted and the case is terminated. Motion to quash [223] is denied as moot. Motion to strike [249] is denied as moot. Motion to strike [266] is denied as moot. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.