IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENNETH K. SWEARNIGEN-EL,<br><br>Plaintiff,<br>v.<br><br>COOK COUNTY SHERIFF'S DEPARTMENT, MICHAEL F. SHEAHAN, in his individual and official capacity as Sheriff of Cook County, Illinois, CALLIE BAIRD, in her individual capacity, KATIE HARRISON, in her individual capacity, SCOTT KURTOVICH, in his individual capacity and the COUNTY OF COOK, a unit of local Government,<br>Defendants. | No. 05 C 1493<br><br>Judge Elaine E. Bucklo |

## CITATION TO DISCOVER ASSETS

To:   Kenneth Swearnigen, 8945 S. Parnell Ave., Chicago, IL 60620

Dana L. Kurtz, Kurtz Law Offices, LLC, 414 South State Street, Lockport, IL 60441

John Curran, Assistant States Attorney, Office of the Cook County States Attorney 500 Richard J. Daley Center, Chicago, IL 60602

YOU ARE COMMANDED to appear before Judge Bucklo or any other judge sitting in her stead in Room 1441 at the location of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on February 9, 2010 at 9:30 a.m. to be examined under oath to discover assets or income not exempt from enforcement of judgment.

A judgment in favor of the Cook County Sheriff and against Kenneth Swearnigen was entered on November 16, 2009 in the amount of $7,648.60 plus interest and the full amount remains unsatisfied.

YOU ARE COMMANDED to produce at the examination: SEE ATTACHED RIDER

And all books, papers or record in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING:  YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

**CERTIFICATE OF ATTORNEY**

In the U.S. District Court for the Northern District of Illinois, Eastern Division on November 16, 2009, a judgment in the amount of $7,648.60, in favor of the Cook County Sheriff was entered against Kenneth Swearnigen in Case No. 05 CV 1493 and the full amount remains unsatisfied. I, the undersigned certify to the Court, under penalties as provided by law that all information stated herein is true.

/s/ Dominick L. Lanzito
Signature of Attorney

Dominick L. Lanzito
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, IL 60604
312/540-7000

## RIDER TO CITATION TO DISCOVER ASSETS TO
### Kenneth Swearnigen

1. Copies of all Federal and State Tax Returns filed on your behalf for the years 2005-2009, inclusive.

2. Copies of all W-2 and 1099 statements you received from January 1, 2005 to the present.

3. Copies of all payroll vouchers or other documents reflecting any earnings from January 1, 2005 to present.

4. All documents that set forth, refer or relate to any bank account, savings or other account or C.D. in which, during the last three years, you have or at anytime have had an interest, were a signatory on, or were named in any manner whatsoever. (Documents include but are not limited to documents showing the name of the bank, the account number, the amount of the balance, bank statements, canceled checks, check registers and whether the bank account is or was held individually or jointly).

5. All documents that set forth, refer or relate to any stocks, bonds mutual funds or securities, which you owned, had any interest in or on which your name appeared in any capacity during the last three years.

6. All documents that set forth, refer or relate to any interest you now have, or had in any business enterprise within the past three years, including but not limited to documents showing the name of the business, the type of business, the amount of your interest in the business, the name of other individuals or entities having an interest, balance sheets, profit and loss statements and expense reports.

7. Copies of any and all Federal and State Income Tax Returns for the years 2005 to 2009 for any business enterprise referred to in #6.

8. All documents that set forth, refer or relate to any real property that you now own or have any interest in, or which you owned or had any interest in at any time in the past six years. (Documents include but are not limited to documents evidencing the type of property, when the property was purchased, the purchase price of the property, the source of funds for the purchase and how title is or was held.)

9. For any real property that is no longer owned by you, or in which you have any interest, provide any and all documents that set forth, refer or relate to any sale, transfer, assignment or other disposition however described of the property, during the last ten years. (Documents include but are not limited to the type of property sold, transferred, or assigned, when the sale, transfer or assignment took place, the amount of the sale, transfer or assignment and the parties to the sale, transfer or assignment.)

10. All documents that set forth, refer or relate to any and all insurance policies in your name, individually or with others during the past three years, or in the name of any entity in which you now have or had any interest in during the last three years.

11. All documents that set forth, refer or relate to any interest in any automobiles that you now have or have had in the past three years, including but not limited to documents containing a description of the automobile, the purchase price, when the automobile was purchased, the source of the money that was used to fund the purchase, and whether the automobile was owned individually or jointly. If you no longer own one or all the automobiles previously listed, please provide all documents that set forth, refer or relate to the sale or transfer of said automobile, when it was sold or transferred, who it was sold or transferred to and the amount of said sale or transfer.

12. All documents that set forth, refer or relate to any other personal property with a value of $500.00 or more that you own or have an interest in or have owned or had an interest in, within the past three years, including but not limited to documents setting forth the type of property, when the property was purchased, the purchase price and the source of the money that was used to fund the purchase.

13. If you no longer own any of the personal property indicated in the previous request, please provide all documents that set forth, refer or relate to the sale, transfer, assignment or other disposition of the property, however described, including but not limited to when the property was sold, transferred or assigned, who the property was sold, transferred or assigned to and the amount received for the sale, transfer or assignment.

14. All documents that set forth, refer or relate to any loans from any bank, finance company or other lending institution that you have applied for in the last three years, including but not limited to the name of the bank, finance company or other lending institution, when the loan was applied for, the amount of the loan applied for, the disposition of the loan application and what was done with the proceeds.

15. Any and all financial statements that you submitted to anyone in the last six years, including to whom the financial statements were submitted, when they were submitted and the reason for submitting them.

16. Any and all documents that set forth, refer or relate to any debt owed to you or that you have an interest in.

17. All documents that set forth, refer or relate to any gifts that you have made within the past three years with a value of $500.00 or more, including but not limited documents evidencing the amount of the gift, who the gift was given to and when the gift was given.

18. All documents that set forth, refer or relate to any money or property that you inherited in the last ten years.

19. All documents that set forth, refer or relate to your interest as beneficiary or otherwise of any trust, including but not limited to land trusts.

20. All documents that set forth, refer or relate to any interest you have or in the past six years have had in the estate of a deceased person.

21. Copies of any and all wills or policies of insurance of which you are a beneficiary.

22. A copy of your current will or trust, including any and all documents evidencing any and all modifications or changes that have been made to your will within the past six years.

23. All documents set forth, refer or relate to your interest as owner or otherwise of any real personal property within the past three years not previously enumerated.

24. All documents that describe any withdrawals that were made from any retirement, or pension, 401(k) or profit sharing account over the last three years, including the use of those funds.

25. All documents that describe any withdrawals that were made from any retirement, pension, 401(k), or profit sharing account over the last 3 years, including the use of those funds.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENNETH K. SWEARNIGEN-EL,<br><br>　　　　　　　　Plaintiff,<br>　　　　　　v.<br><br>COOK COUNTY SHERIFF'S DEPARTMENT, MICHAEL F. SHEAHAN, in his individual and official capacity as Sheriff of Cook County, Illinois, CALLIE BAIRD, in her individual capacity, KATIE HARRISON, in her individual capacity, SCOTT KURTOVICH, in his individual capacity and the COUNTY OF COOK, a unit of local Government,<br>　　　　　　　　Defendants. | No. 05 C 1493<br><br>Judge Elaine E. Bucklo |

**AFFIDAVIT OF SERVICE**

Brian Johnson of Dynamic Inquiries being first duly sworn on oath deposes and says that he served the Citation Notice and Citation to Discover Assets on Kenneth Swearnigen.

Service was made on _____, 2010 at _____a.m./p.m. at 8945 S. Parnell Ave., Chicago, IL 60620. On _____, 2010 I mailed a copy of the Citation Notice and Citation to Discovery Assets to Kenneth Swearnigen.


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Brian Johnson